Case 1:21-mj-00590-GMH   Document 1-1   Filed

Case: 1:21-mj-00590
Assigned To : Harvey, G. Michael
Assign. Date : 9/3/2021
Description: Complaint w/ Arrest Warrant

# STATEMENT OF FACTS

On July 24, 2021, an individual (hereinafter "the Complainant") reported to the Metropolitan Police Department (MPD) that he was assaulted by three suspects (hereinafter "Suspects 1-3" and collectively "the Suspects"). The Complainant stated that he had wanted to purchase weed (marijuana) and an associate of the Complainant introduced him to Suspect 1 via phone to make the purchase. When the Complainant reached the 4000 block of Minnesota Ave NE, Washington, D.C. to conduct the purchase of weed, he called Suspect 1 at a number ending in 9158. Suspect 1 directed the Complainant to the parking lot in front of 4601 Minnesota Ave, NE, Washington, D.C. Suspect 1 was in the drivers' seat of a vehicle with two other individuals (Suspects 2 and 3). The Complainant got into the Suspects' vehicle and Suspect 1 drove out of the parking lot and made a right turn on Minnesota Ave, NE. The Complainant stated that Suspect 1 did not want to conduct the transaction in the parking lot and drove to a more secure location.

When the Suspects reached the 400 block of 42nd St NW, Washington, D.C., Suspect 1 parked the vehicle and locked the door. Suspect 1 then turned around, pointed a black handgun with a green laser beam at the Complainant and ordered him to give up everything. Suspect 2 and Suspect 3 began to assault the Complainant and remove his property and cash. The Complainant was able to open the door, but the Suspects followed him outside the car, where they continued to assault and pistol-whip him. Suspect 1 pointed the gun at the Complainant's head and stated something along the lines of "I should shoot you, I should shoot you." While the Complainant was on the ground, the Suspects took his Louis Vuitton shoulder bag, $800 cash, and his wallet, which contained his ID, Social Security Card, bankcards, Cash App card, and other items. The Complainant was able to get up and began running. The Suspects then got back in their vehicle and drove off. The Complainant walked southbound on 42nd Street until he met MPD at 42nd and Brooks Street, NE, Washington, D.C.

Detectives obtained video surveillance from the location where the Complainant stated he was picked up from and it depicted the Suspects' vehicle as described by the Complainant. The video shows the Suspects' vehicle pull up and park in the parking lot. Moments later, the Complainant is seen getting into the Suspects' vehicle, and the vehicle pulled out of the parking lot, making a right turn on Minnesota Ave, NE.

Detectives also obtained records relating to the phone number ending in 9158 that the Complainant used to communicate with Suspect 1. Records showed that the phone was registered to Teresa Canarte—the mother of Taquan Canarte (hereinafter "CANARTE").  CANARTE is currently under Court Supervision and GPS monitoring in District of Columbia District Court Case No. 20-cr-27 (TJK). GPS tracks for CANARTE showed that he was at 4052 Minnesota Ave NE, Washington, D.C. at 1343 hours, which matches the exact time the Complainant was picked up at that location. 4052 Minnesota Ave NE and 4061 Minnesota Ave NE are part of the same shopping complex. CANARTE'S tracks then proceed north on Minnesota Avenue NE, to Grant Street, NE, and to the 4200 block of Edson Place, NE, the same route which the Complainant reported that they had taken to the offense location. The Complainant also positively identified CANARTE as Suspect 1 in a photo array.

On September 3, 2021, MPD officers and agents from the Federal Bureau of Investigation (FBI), executed United States District Court for the District of Columbia search warrants on two locations associated with CANARTE (hereinafter "Target Location 1" and "Target Location 2").

Upon entry at Target Location 1, CANARTE was observed walking away from the living room area. CANARTE and two other occupants of the residence were stopped. The two other individuals were located in a back bedroom, which was determined to be their bedroom. The living room contained an inflatable mattress, adult male clothing, some of which was claimed by CANARTE. A black Glock firearm was observed laying on top of the inflatable mattress. The firearm was found to be equipped with a laser sight. Officers also located in the same room an orange pill bottle containing (10) blue pills stamped ALV196 and (11) white pills stamped RP10, both of which are believed to be Oxycodone based upon their markings; $398.00 of U.S. currency; and digital devices. Law enforcement spoke with the two other occupants of the residence, one of which was Teresa Canarte, CANARTE'S mother. Teresa Canarte advised that CANARTE sleeps on the inflatable mattress in the living room and that he has been staying there for about two months.

The firearm located near CANARTE was found to be a Glock 42 bearing serial number ABXE447, loaded with (10) rounds of .380 ammunition. There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition in this case would have traveled in interstate commerce prior to being recovered in the District of Columbia.

At Target Location 2, CANARTE'S father, Juan LOPEZ was located and stopped inside. In a room determined to be CANARTE'S, law enforcement located one (1) round of .45 caliber ammunition. Additionally, while in front of law enforcement, LOPEZ stood up and a clear plastic twist containing 10.2 grams of a white powder substance fell from his pant area. This substance was later field tested and produced a positive chemical color reaction for fentanyl. LOPEZ was placed under arrest and transported to the 6th District Station for processing. Search incident to arrest, LOPEZ was found to be in possession of clear plastic twist containing eight (8) Oxycodone pills. A prior search warrant had been executed at Target Location 2 on August 14, 2020 where CANARTE was residing at the time.

On September 24, 2020, CANARTE was charged by Complaint with one count of Possession with Intent to Distribute Fentanyl, pursuant to 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C). On September 29, 2020, he was indicted on one count of Possession with Intent to Distribute Fentanyl, pursuant to 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C). *See* 20-cr-206 (RDM). He was arrested on the indictment on October 7, 2020 and released on October 9, 2020. The indictment was superseded by District of Columbia District Court Case No. 20-cr-27 (TJK) on February 16, 2021. As such, CANARTE has been aware that he was under indictment since at least October 7, 2020.

_____
OFFICER CHRISTOPHER HYDER
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 3rd day of September, 2021.*

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE