AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

TAQUAN CANARTE

_Defendant_

)
)
)
)
)
)
)

Case: 1:21-mj-00590
Assigned To : Harvey, G. Michael
Assign. Date : 9/3/2021
Description: Complaint w/ Arrest Warrant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   TAQUAN CANARTE ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(n)  -  ILLEGAL RECEIPT OF A FIREARM BY A PERSON UNDER INDICTMENT;
D.C. Code §§ 22-2801, 22-4502(a)  -  ROBBERY WHILE ARMED;
D.C. Code §§ 22-402, 22-4502(a)  -  ASSAULT WITH A DANGEROUS WEAPON WHILE ARMED

Date: 09/03/2021

Digitally signed by
G. Michael Harvey
Date: 2021.09.03
13:35:11 -04'00'

_Issuing officer's signature_

City and state:   WASHINGTON, DC          G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
_Printed name and title_

### Return

This warrant was received on _(date)_ 09/03/2021, and the person was arrested on _(date)_ 09/03/2021
at _(city and state)_ Washington DC .

Date: 09/03/2021

_Arresting officer's signature_

Steven Caldvell DEO
_Printed name and title_